IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 06 120 S |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (b)(1)(A)(iii) |
| | ) | |
| SAMUEL ROSS | ) | |

FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

On or about June 23, 2006, in the District of Rhode Island, the Defendant, SAMUEL ROSS, did knowingly and intentionally possess with intent to distribute and distribute, 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A)(iii).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

Dated: 11/1/06