AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Samuel Ross

APPEARANCE

CASE NUMBER: CR06-120S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Samuel Ross

I certify that I am admitted to practice in this court.

11-7-06
*Date*

[signature]
*Signature*

JOSEPH DE CAPORALE 1794
*Print Name* *Bar Number*

400 RESERVOIR AVE.
*Address*

PROV. R.I. 02907
*City* *State* *Zip Code*

228-8960 2288961
*Phone Number* *Fax Number*

was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher.