1350431

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

SAMUEL ROSS

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-120S

RECEIVED

NOV 02 2006

US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SAMUEL ROSS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTE 50 GRAMS OF COCAINE BASE

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(A)(iii)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

November 1, 2006, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at ACI on writ; returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/02/2006 | Brian McDonald | [signature] |
| DATE OF ARREST 11/07/2006 | DUSM | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.