UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : CR 06-120-S
:
SAMUEL ROSS :
:

## MOTION FOR CONTINUANCE

Now comes counsel for the Defendant and respectfully requests that the above-captioned matter be continued from the January trial calendar to the February trial calendar.

As grounds therefore states that counsel has been engaged in trial in the state court and as such has not completed preparation for this matter.

Counsel for the Defendant states that the Government has no objection to this request.

Respectfully submitted,

Joseph L. DeCaporale

Joseph L. DeCaporale, Jr.
400 Reservoir Avenue
Providence, RI 02907
401-228-8960
401-228-8961 fax

## CERTIFICATION

I hereby certify that I mailed by regular United States mail a true copy of the within document to counsel of record as indicated below on the 15 day of Dec., 2006.

JDeCaporale

Richard Rose, Esq.
Assistant US Attorney
50 Kennedy Plaza
Providence, RI 02903