Samuel Ross
Reg. No. 05812-070
PO Box 9005
FCI Ray Brook
Ray Brook, NY 12977

30 April 2008

CLERK OF COURT
U.S. DISTRICT COURT
District of Rhode Island
Providence, RI 02903-1779

Re: UNITED STATES v. SAMUEL ROSS
Case No. 06-120-S

Dear Sir/Madam:

I'm writing to kindly ask the Judge to please grant me Jail Credit from when I was locked-up. I was locked-up on October 26, 2006, and arraigned on November 3, 2006. The Federal Bureau of Prisons didn't start my time until I was committed on March 13, 2008.

Sixteen months and 26 days is how much credit I was locked up under my Docket Number, which is October 26, 2006 to March 13, 2008.

I would also appreciate a confirmation letter of Jail Credit to present to the Federal Bureau of Prisons to rectify this issue.

Thank you.

Sincerely,

Samuel Ross