IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. NO.06-120S |
| | : | |
| SAMUEL ROSS | : | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR FEDERAL PRISON CREDIT FOR TIME SERVED IN STATE CUSTODY**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to defendant's Motion for Federal Prison Credit For Time Served In State Custody for the reasons set forth in the accompanying Memorandum.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2008, I caused the within Government's Objection to Defendant's Motion for Federal Prison Credit For Time Served in State Custody, with accompanying memorandum, to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has been mailed by first class prepaid postage to:

Samuel Ross
Reg. No. 05812-070
P.O. Box 9005
FCI Ray Brook
Ray Brook, NY 12977

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. NO.06-120S |
| | : | |
| SAMUEL ROSS | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S MOTION FOR FEDERAL PRISON CREDIT FOR TIME SERVED IN STATE CUSTODY**

## I. INTRODUCTION

Defendant Samuel Ross asks that the state prison sentence he served in the Rhode Island ACI on a separate state case be credited towards the federal prison sentenced he is now serving. This request should be denied. Federal sentences imposed after state sentences run concurrently or consecutively with state sentences at the discretion of the Court imposing the federal sentence. In this case the Court did not order concurrent sentences.

## II. FACTS

On June 23, 2006 federal agents videotaped and audio taped defendant purchasing 61.1 grams of cocaine base and a 9mm handgun. Because there was an ongoing federal investigation, defendant was not arrested then. However, on October 26, 2006, defendant was arrested for second degree robbery by the Pawtucket Police and failed to post bail. On November 1, 2006 he was indicted by the federal grand jury for the crack and gun purchases. On January 9, 2007 he was sentenced for second degree

robbery in state court. On May 4, 2007 defendant was sentenced in federal court for possession of 50 grams or more of cocaine with intent to distribute. He was released from sate custody at the ACI on January 16, 29008 and taken into custody by the Federal Bureau of Prisons to begin serving his federal sentences. Defendant seeks to have the time spent serving his state sentence counted towards his federal sentence.

## III. ISSUE

Under what circumstances does a federal sentence run concurrently with a state sentence?

## IV. ANALYSIS

When a federal court is imposing sentence on a defendant with an undischarged term of imprisonment, it has the authority to decide whether its sentence should run concurrently or consecutively to the undischarged term of imprisonment. United States v. Caldwell, 358 F.3d 138, 144-45 (1st Cir. 2004) (citing 18 U.S.C. § 3584(a)). Multiple terms of imprisonment imposed at different times run consecutively unless the court orders that the terms are to run concurrently. Id.

Defendant's state and federal sentences were imposed at different times. The federal judge, imposing a sentence after the state sentence had been imposed, did not order that the federal sentence run concurrently with the state sentence. Thus, the state sentence and the federal sentence are to run

consecutively.

## IV. CONCLUSION

For the foregoing reason defendant's motion should be denied.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2008, I caused the within Government's Objection to Defendant's Motion for Federal Prison Credit for Time Served in State Custody, with accompanying memorandum, to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has been notified by first class, prepaid postage to:

Samuel Ross
Reg. No. 05812-070
P.O. Box 9005
FCI Ray Brook
Ray Brook, NY 12977

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov